## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**DARLENE WHALEY**                                                                                             **PLAINTIFF(S)**

**VS**                                                                  **CIVIL ACTION NO. 3:13-CV-742-TBR**

**JOHN HISLOP**                                                                                    **DEFENDANT(S)**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Darlene Whaley, and Defendant, John Hislop, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

| | |
|---|---|
| /s/ Edward I. Zwilling | /s/ Thomas H. Atkins |
| Edward I. Zwilling | Thomas H. Atkins, Esq. |
| Schwartz Roller & Zwilling | Atkins & Atkins |
| Counsel for Plaintiff | Counsel for Defendant |
| 600 Vestavia Parkway, Suite 251 | 462 S. Fourth Street, Suite 2420 |
| Birmingham, Alabama 35216 | Louisville, Kentucky 40202 |
| Telephone: (205) 822-2701 | Telephone: (502) 584-9714 |
| Email: ezwilling@szalaw.com | Email: atkins@atkinskylaw.com |

Jerry N. Higgins
Law Office of Jerry N. Higgins, PLLC
Local Counsel for Plaintiff
3426 Paoli Pike
Floyds Knobs, Indiana 47119
Telephone: (502) 625-3065
Email: jnh@jerryhigginslaw.com

Date: December 19, 2014